## 38279.  PARRISH *v.* LIFSEY.

TOWNSEND, Judge. The only exception in this writ of error is to the order of the court striking the defendant's special plea of failure of consideration on motion in the nature of a general demurrer. An order striking the defendant's plea or answer

is not such a final judgment as may be the foundation of a writ of error. *Chandler* v. *Southern Union Conference of Seventh Day Adventists*, 95 *Ga. App.* 66 (96 S. E. 2d 621). This is true although the effect of striking such plea is to leave the suit in default as against the defendant, since although a default judgment is final in nature, a judgment merely adjudging the case in default is not. *Love* v. *National Liberty Ins. Co.*, 157 *Ga.* 259, 262 (121 S. E. 648).

It follows that, there being no assignment of error on a final judgment, the writ of error must be

*Dismissed. Gardner, P. J., Carlisle and Frankum, JJ., concur.*

DECIDED APRIL 14, 1960—REHEARING DENIED MAY 2, 1960.

*W. T. Mobley,* for plaintiff in error.
*Bell & Bell, John C. Bell,* contra.